**Charles H. WILKES, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 02–2214.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2003.

Decided June 20, 2003.

William L. Davis, II, Lumberton, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles H. Wilkes appeals the district court's order adopting the recommendation of the magistrate judge and upholding the Commissioner's decision denying Wilkes' application for disability insurance benefits. We have reviewed the record and the opinion of the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wilkes v. Barnhart,* No. CA–01–142–7–BR–1 (E.D.N.C. Sept. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*